JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ELISEO RICOLCOL,<br><br>　　　　　Respondent. | Case No. 5:25-cv-00215-MCS-MBK<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: September 24, 2025

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE